**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JANE JOHNSON,<br><br>               Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, dba, JW MARRIOTT HOTEL, JOHN AND JANE DOES 1-5, currently unknown individuals,<br><br>               Defendants. | CASE NO. 2-16-cv-1875RSM<br><br>Order Allowing Correction of Scrivener's Error in Proposed Second Amended Information |

This matter came before the Court on an agreed motion to correct a scrivener's error as to the name of one of the new parties in plaintiff's proposed second amended information. The Court has considered the stipulated motion, the records and files herein:

IT IS HEREBY ORDERED that Plaintiff's agreed motion to correct scrivener's error (Dkt. #18) is GRANTED.

Plaintiff may correct the name in the second amended information from Luxury Hotels and Resorts Limited to Luxury Hotels and Resorts (Thailand) Limited. Pursuant to this Court's order dated May 11, 2017, after making this correction as to the name, plaintiff may file the second amended information.

*Order Allowing Plaintiff to Correct Scrivener's*
*Error on Second Amended Information* - Page 1 of 2

Dixon & Cannon, LTD.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247

DATED this 8th day of June, 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Order Allowing Plaintiff to Correct Scrivener's
Error on Second Amended Information* - Page 2 of 2

Dixon & Cannon, LTD.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247