HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, dba JW MARRIOTT HOTEL; JOHN AND JANE DOES 1-5, currently unknown individuals,<br><br>Defendant. | Case No. 2:16-cv-1875<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO AMEND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT** |

THIS MATTER, having come before the Court on Plaintiff's and Defendant's (the "Parties") Stipulated Motion to Amend Deadlines Regarding Initial Disclosures, Joint Status Report, and Early Settlement, the Court being fully advised in the premises, now, therefore, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Parties' Stipulated Motion to Amend Deadlines Regarding Initial Disclosures, Joint Status Report, and Early Settlement is GRANTED.

IT IS FURTHER ORDERED that the Initial Scheduling Dates outlined in the Court's Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement are hereby extended as follows:

Deadline for FRCP 26(f) Conference: July 7, 2017

Initial Disclosures Pursuant to FRCP 26(a)(1): July 14, 2017

Order Granting Motion to
Amend Initial Scheduling Deadlines- Page 1
Case No. 2:16-cv-1875

Lorber, Greenfield & Polito, LLP
2101 Fourth Ave., Suite 950
Seattle, Washington 98121
Telephone (206) 832-4900 / Facsimile (206) 832-4901

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f)
And Local Civil Rule 26(f): July 21, 2017

Dated this 19 day of June 2017

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

LORBER, GREENFIELD & POLITO, LLP

By: */s/ Michael D. Slater*
    Elizabeth D. Wright, WSBA No. 46186
    Michael D. Slater, WSBA No. 48106
    Email: ewright@lorberlaw.com
    Email: mslater@lorberlaw.com
    2101 Fourth Avenue, Suite 950
    Seattle, WA 98121
    T: (206) 832-4900
    F: (5206) 832-4901
    *Attorneys for Marriott International, Inc.*

DIXON & CANNON, LTD

By:*/s/ James R. Dixon*
    James R. Dixon WSBA No. 18014
    Email: james@dixoncannon.com
    Jennifer Cannon-Unione WSBA No. 27008
    Email: jennifer@dixoncannon.com
    601 Union Street, Suite 3230
    Seattle, WA 98101
    T: (206) 957-2247
    F: (206) 957-2250
    *Attorneys for Plaintiff*

ORDER GRANTING MOTION TO
AMEND INITIAL SCHEDULING DEADLINES- PAGE 2
CASE NO. 2:16-cv-1875

LORBER, GREENFIELD & POLITO, LLP
2101 Fourth Ave., Suite 950
Seattle, Washington 98121
Telephone (206) 832-4900 / Facsimile (206) 832-4901