Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANE JOHNSON,<br><br>               Plaintiff,<br>    v.<br><br>MARRIOTT INTERNATIONAL, INC, a Delaware Corporation, dba JW MARRIOTT HOTEL; ERAWAN GROUP PUBLIC COMPANY LIMITED, a Thailand Company/Corporation, dba JW MARRIOTT BANGKOK; LUXURY HOTELS & RESORTS (THAILAND) LIMITED, a Thailand Company/Corporation; JOHN AND JANE DOES 1-5, currently unknown individuals,<br><br>               Defendants. | NO. 2-16-cv-1875<br><br>**Order on Stipulated Motion to Stay Discovery and Court Proceedings** |

    This matter came before the Court on a stipulated motion to stay discovery and court proceeds for 180 days to provide Plaintiff an opportunity to perfect service on the added foreign defendants, Luxury Hotels & Resorts (Thailand) Limited and Erawan Group Public Company Limited. The Court has considered the stipulated motion, the records and files herein:

    IT IS HEREBY ORDERED that discovery and court proceedings in this matter are stayed for 180 days. It is further ordered that this Court will schedule a status check after 180

Dixon & Cannon, LTD.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247

days, so that Plaintiff can report on her service efforts.

DATED this 22 day of January, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

DIXON & CANNON, LTD.

s/ James R. Dixon
James R. Dixon WSBA #18014
Attorneys for Plaintiffs
601 Union Street, Suite 3230
Seattle, WA, 98101
Telephone: (206) 957-2247
Fax: (206) 957-2250
Email: james@dixoncannon.com


LORBER, GREENFIELD & POLITO, LLP

s/ Stephanie B. MacKeen
Stephanie B. MacKeen WSBA #49268

s/ Elizabeth D. MacGregor
Elizabeth D. MacGregor WSBA #46186
Attorneys for Marriott International
5325 Ballard Ave. NW, Suite 206
Seattle, WA 98107
Telephone: (206) 832-4900
Fax: (206) 832-4901
Email: smackeen@lorberlaw.com
Email: emacgregor@lorberlaw.com

*Order on Stipulated Motion to Stay*  
Page 2 of 2

Dixon & Cannon, LTD.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247