Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANE JOHNSON,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC, a Delaware Corporation, dba JW MARRIOTT HOTEL; ERAWAN GROUP PUBLIC COMPANY LIMITED, a Thailand Company/Corporation, dba JW MARRIOTT BANGKOK; LUXURY HOTELS & RESORTS (THAILAND) LIMITED, a Thailand Company/Corporation; JOHN AND JANE DOES 1-5, currently unknown individuals,<br><br>　　　　　　Defendants. | NO. 2-16-cv-1875<br><br>**Order Granting Motion to Sign and Seal Letter of Rogatories** |

This matter came before the Court on an agreed motion requesting this Court sign and seal for delivery two Letter of Rogatories to facilitate service of defendants in Thailand. The Court has considered the stipulated motion, the records and files herein:

IT IS HEREBY ORDERED that this Court will sign and seal for delivery the two submitted Letter of Rogatories for service on defendants in Thailand.

*Order Granting Motion to Sign
and Seal Letter of Rogatories*

PAGE 1 OF 2

*DIXON & CANNON, LTD.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247*

DATED this 9 day of July, 2017

                                                             RICARDO S. MARTINEZ
                                                             CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted

DIXON & CANNON, LTD.

s/ James R. Dixon
James R. Dixon WSBA #18014
Attorneys for Plaintiffs
601 Union Street, Suite 3230
Seattle, WA, 98101
Telephone: (206) 957-2247
Fax: (206) 957-2250
Email: james@dixoncannon.com

LORBER, GREENFIELD & POLITO, LLP

Zachariah Tomlin, WSBA No. 52520
Attorney for Defendants
601 108th Ave. NE, Suite 1900
Bellevue, WA 98004
Telephone: (206) 832-4900
Fax: (206) 832-4901
Email: ztomlin@lorberlaw.com

*Order Granting Motion to Sign
and Seal Letter of Rogatories*

*PAGE 2 OF 2*

*DIXON & CANNON, LTD.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247*