1
2
3
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
10                  AT SEATTLE

11  JANE JOHNSON,                          NO. 2:16-cv-1875-RSM

12              Plaintiff,                 **STIPULATION AND ORDER OF**
                                           **DISMISSAL WITH PREJUDICE**
13  v.

14
    MARRIOTT INTERNATIONAL, INC., a
15  Delaware Corporation, dba JW MARRIOTT
    HOTEL; ERAWAN GROUP PUBLIC
16  COMPANY LIMITED, a Thailand
    Company/Corporation, dba JW MARRIOTT
17  BANGKOK; LUXURY HOTELS &
    RESORTS (THAILAND) LIMITED, a
18  Thailand Company/Corporation; JOHN AND
19  JANE DOES 1-5, currently unknown
    individuals,
20
21              Defendant.

22

23                      <u>**STIPULATION**</u>

24          Plaintiff JANE JOHNSON, by and through her counsel of record, James R. Dixon and

25  Jennifer    Cannon-Unione,    Dixon    &    Cannon,    Ltd.   and   Defendants   MARRIOTT

26  INTERNATIONAL, INC., ERAWAN GROUP PUBLIC COMPANY LIMITED and LUXURY

27  HOTELS & RESORTS (THAILAND) LIMITED (collectively "Defendants") by and through their

28  counsel, Zachariah R. Tomlin, Lorber, Greenfield, Polito, LLP, hereby stipulate and agree pursuant

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1

1  to FRCP 41 to the dismissal of all claims filed regarding Defendants in this action with prejudice

2  and without an award of fees or costs to any party.

3  **IT IS SO STIPULATED.**

4  DATED this 7th day of June, 2019.

5

6

7                                        LORBER, GREENFIELD & POLITO, LLP

8

9                                        By:____/s/Zachariah R. Tomlin_____
10                                            Zachariah R. Tomlin
                                             State Bar Number 52520
11                                           601 108th Avenue NE, 19th Floor
                                             Bellevue, WA 98004
12                                           Telephone: (206) 832-4900
                                             Fax: (206) 832-4901
13                                           E-mail: ztomlin@lorberlaw.com
                                             *Attorneys for Marriott International, Inc.,*
14                                           *Erawan Group Public Company Limited and*
                                             *Luxury Hotels & Resorts (Thailand) Limited*
15

16

17                                        DIXON & CANNON, LTD

18

19                                        By:__/s/ James R. Dixon_____
                                             James R. Dixon
20                                           State Bar Number 18014
                                             Dixon & Cannon, Ltd.
21                                           601 Union Street, Suite 3230
                                             Seattle, WA 98104
22                                           Telephone: (206) 957-2247
23                                           Fax: (206) 957-2250
                                             E-mail: james@dixoncannon.com
24                                           *Attorneys for Plaintiff Jane Johnson*

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 2

LORBER, GREENFIELD & POLITO, LLP
601 108th Avenue NE, 19th Floor
Bellevue, Washington 98004
Telephone (206) 832-4900 / Facsimile (206) 832-4901

## **ORDER**

Plaintiff Jane Johnson and Defendants Marriott International Inc., Erawan Group Public Company Limited and Luxury Hotels & Resorts (Thailand) Limited having stipulated pursuant to FRCP 41 for dismissal of any and all Claims, Counterclaims, or Causes of Action asserted herein, with prejudice and without an award of fees or costs, and the Court being fully advised in the premises NOW THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that all Claims and/or Causes of Action in this action, Case No. 2:16-cv-1875 are hereby dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 11 day of June 2019.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

LORBER, GREENFIELD & POLITO, LLP
601 108th Avenue NE, 19th Floor
Bellevue, Washington 98004
Telephone (206) 832-4900 / Facsimile (206) 832-4901